UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Arthur Miller, )
on behalf of himself )
and all others similarly situated, )
           Plaintiffs, )
)
    vs. ) NO. 01-CV-1126 (RJD)(RML)
)
Wolpoff & Abramson, L.L.P., and )
Upton, Cohen & Slamowitz, )
)
           Defendants. )

### Declaration

LAURA JANE BRESSLER, declares the following under penalties of perjury:

1.     I am not a party to this action and have no interest in the outcome.

2.     I submit this declaration at the request of my attorney, Brian L. Bromberg.

3.     In late July or early August 2005, I received the attached form letter from the "Law Offices of Cohen & Slamowitz, LLP" dated July 26, 2005, in which the law firm advised that it was trying to collect on a debt owed to "Citibank (South Dakota), N.A."

4.     Specifically, the attached form letter makes the representation that "AT THIS TIME, NO ATTORNEY WITH THIS FIRM HAS PERSONALLY REVIEWED THE PARTICULAR CIRCUMSTANCES OF YOUR ACCOUNT."

5.     I am attaching as <u>Exhibit A</u> to this declaration a copy of the letter and a copy of the envelope in which it arrived.

1

6.  The photocopies attached as <u>Exhibit A</u> are true, accurate, and genuine copies of the original letter and envelope I received in the mail from the "Law Offices of Cohen & Slamowitz, LLP" in late July or early August 2005.

7.  The only difference between the original letter and the copy attached as <u>Exhibit A</u> is that my attorney has blacked out my Citibank account number in order to protect my privacy and protect me from identity theft.

Dated:   Bethpage, New York
         June 20, 2006

                                                    _____
                                                    Laura Jane Bressler

# Exhibit A

# Law Offices
## Cohen & Slamowitz, LLP

(516) 686-8900
(800) 293-6006 ext. 8900
Fax 516 584-1006

199 Crossways Park Drive
P.O. Box 9004
Woodbury, NY 11797-9004

July 26, 2005

ldl P002404

LAURA J BRESSLER
PO BOX 7603
WANTAGH NY 11793-7603

      RE:    CREDITOR: CITIBANK (SOUTH DAKOTA), N.A.
              ACCOUNT NO. ▓▓▓▓▓▓▓▓▓
              C&S FILE NO:    P002404
              BALANCE DUE AS OF July 26, 2005: $18,665.57

DEAR LAURA J BRESSLER:

      PLEASE BE ADVISED THAT THE ABOVE-REFERENCED CREDITOR HAS REFERRED THIS ACCOUNT TO OUR LAW OFFICE FOR COLLECTION. PLEASE CONTACT US TO DISCUSS SAME.
      AT THIS TIME, NO ATTORNEY WITH THIS FIRM HAS PERSONALLY REVIEWED THE PARTICULAR CIRCUMSTANCES OF YOUR ACCOUNT. HOWEVER, IF YOU FAIL TO CONTACT THIS OFFICE, OUR CLIENT MAY CONSIDER ADDITIONAL REMEDIES TO RECOVER THE BALANCE DUE.

### VALIDATION NOTICE

UNLESS YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, THE ABOVE DEBT WILL BE ASSUMED TO BE VALID BY THIS OFFICE. SHOULD YOU NOTIFY THIS OFFICE IN WRITING AT THE ADDRESS SHOWN ABOVE WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE THAT THE DEBT OR ANY PORTION THEREOF IS DISPUTED, WE WILL OBTAIN AND MAIL TO YOU VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT, IF ANY, AND IF ALSO REQUESTED, THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

LAW OFFICES OF COHEN AND SLAMOWITZ, LLP

P.S. ALL CHECKS SHOULD BE FORWARDED DIRECTLY TO THIS OFFICE. OUR OFFICE ALSO ACCEPTS WESTERN UNION, MASTERCARD, VISA, DISCOVER CARD, AND CHECKS VIA PHONE, OR VISIT OUR WEBSITE AT WWW.CSLAWLLP.COM TO MAKE PAYMENTS ONLINE.



LAW OFFICES
COHEN & SLAMOWITZ, LLP
199 CROSSWAYS PARK DRIVE
P.O. BOX 9004
WOODBURY, NY 11797-9004
RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS

$00.29²
JUL 30 2005
MAILED FROM ZIP CODE 11791