UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
Arthur Miller,

                Plaintiff,                           CV-01-1126 (RJD)(RJL)

    -against-

Wolpoff & Abramson, L.L.P., and
Upton Cohen & Slamowitz,

                Defendants.
_____x

### Certificate of Mailing

        Brian L. Bromberg, under penalties of perjury, as provided under 28 U.S.C. § 1746, deposes and says as follows:

        1.      I am an attorney representing the plaintiff in the above-captioned action.

        2.      On July 12, 2006, I sent the following documents to Thomas Leghorn, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, 3 Gannett Drive, White Plains, NY 10604, leghornt@wilsonelser.com, by regular first class mail and email:

        a.    Plaintiff's Response to Defendant Upton, Cohen & Slamowitz's Local Rule 56.1 Statement of Undisputed Material Facts;

        b.    Plaintiff's Opposition to Upton, Cohen & Slamowitz's Motion for Summary Judgment;

        c.    Rule 56(f) Declaration of Brian L. Bromberg;

        d.    Laura Bressler Declaration; and

        e.    Bromberg Declaration with attached exhibits (sent only by first class mail).

Dated: New York, New York
          July 12, 2006

                                /s/ Brian L. Bromberg
                              _____
                                Brian L. Bromberg