*[Handwritten annotations at top: "Arthur Miller v Upton, Cohen + Slamowitz", "01CV1126", "pg 1 of 3", "Plaintiff + Defendant exh. list", "Rec'd in evid", "DN"]*

Defendant- Defendant does not anticipate offering any deposition testimony in chief.

**X. Exhibits**

| Plaintiff's Exhibit No. | Document | Objection |
|---|---|---|
| 1. *[6/2/08 rec'd]* | UC&S "Paperless File" (marked Plaintiff's Exhibit I at depositions) | No objection |
| 2. *[6/2/08 rec'd]* | "Defendant UC&S's Response to Plainitff's First Set of Interrogatories" (marked Plaintiff's Exhibit H at depositions) | No objection |
| 3. *[6/2/08 rec'd]* | Letter from Arthur Miller to Lord & Taylor dated February 7, 2000 (*marked Defendant's Exhibit B at depositions*) | No objection |
| 4. | Letter to Arthur Miller from May Credit Service Center dated April 3, 2000 (marked Defendant's Exhibit C at depositions) | No objection |
| 5. *[6/2/08 rec'd]* | Letter to Wolpoff & Abramson from Arthur Miller dated May 4, 2000 (marked Defendant's Exhibit F at depositions) | Objection. Authenticity |
| 6. *[6/2/08 rec'd]* | Letter to Arthur Miller from UC&S dated July 18, 2000 | No objection |
| 7. *[6/2/08 rec'd]* | UC&S/Lord & Taylor Civil Court Complaint against Arthur Miller (marked Defendant's Exhibit J at depositions) | No objection |
| 8. *[6/2/08 rec'd]* | Affidavit of Service of Civil Court Complaint | No objection |
| 9. | Arthur Miller Answer to Civil Court Complaint | No objection if document referenced is document with date stamp from Civil Court of April 3, 2001 |
| 10. *[6/2/08 rec'd]* | Stipulation of settlement of Civil Court action | No objection |
| 11. *[6/2/08 rec'd]* | Lord & Taylor invoices | Objection because no description is given to allow defendants to identify what specific documents plaintiff intends to introduce at |

6

2880992.1

Rec'd

|  | | | trial |
|---|---|---|---|
| ✓ | 12. 6/2/08 rec'd | "Affidavit of Mitchell Slamowitz, Esq. in Support of Defendant Upton, Cohen & Slamowitz's Motion to Dismiss and/or for Summary Judgment," sworn to on May 22, 2001 | No objection |
| • | 13. | Letter to Laura Bressler from Cohen & Slamowitz dated July 26, 2005 | Objection, document not relevant and not produced during discovery period |
| | 14. | UC&S fully "REDACTED" "Paperless File" | Objection, relevancy |
| | 15. | UC&S fully "REDACTED" screenshot | Objection, relevancy |
| | 16. | Affidavit of Mitchell Slamowitz, sworn to on March 21, 2006 | No objection |
| ✓ | 17. 6/2/08 rec'd | Partially redacted screenshots from UC&S, with information from October 18, 2000 forward redacted | No objection |
| | 18. | Collection-Master Software website printout dated July 21, 2006 showing definition of EDI (Electronic Data Interchange) | Objection, no foundation for document and document is hearsay. |
| | 19. | Clients on NAN | Objection, no foundation and document is hearsay |
| ID only | 20. | NAN Matrix | Objection, no foundation and document is hearsay |
| | 21. | NAN EDI Matrix Codes | Objection, no foundation and document is hearsay |
| | 22. | UC&S Screen Shots (including un-redacted screenshots from October 18, 2000 forward, which will be subpoenaed) | No objection. |
| ✓ | 23. 6/2/08 rec'd | UC&S Summons and Complaint templates | Objection, documents not relevant. |
| ID only | 24. | UC&S Affidavit of Facts/Non-Military Affidavit template | Objection, documents not relevant. |
| | 25. | Standard "paperless file" report printout, showing the line of initials suppressed by UC&S (marked Plaintiff's Exhibit D at depositions) | Objection, documents not relevant. |
| | 26. | Fully un-redacted screenshots from | Objection, documents |

7

2880992.1

*introduced 6/3/08*

I.D. only → 28. Facsimile from Ms. Miller to Upton, Cohen & Slamowitz

| | | | |
|---|---|---|---|
| | | UC&S with all information, including un-redacted information and initials from October 18, 2000 forward (to be subpoenaed for trial) | ruled not relevant and no challenge to Magistrate's ruling made during discovery period. Not properly sought via a subpoena at trial. |
| | 27. | All pages of "paperless file" with the "initials" column unsuppressed (to be subpoenaed for trial) | Objection, documents ruled not relevant and no challenge to Magistrate's ruling made during discovery period. Not properly sought via a subpoena at trial. |
| | Defendant's | | |
| | Exhibit No. | Document | Objection |
| Rec'd 6/3/08 in evid | 1. I.D. only 6/2/08 | February 25, 2000 letter from Wolpoff & Abramson LLP to Arthur Miller (marked as Defendant's Exhibit D in depositions) | Objection, relevancy |
| | 2. 6/2/08 entered in evid on 6/3/08 | April 26, 2000 letter from Wolpoff & Abramson to Arthur Miller (marked as Defendant's Exhibit E in depositions) *Allowed, subj to connection with testimony of Ms. Abramson who testifies* | Objection, relevancy |
| | 3. 6/2/08 I.D. only  6/3/08 in evid | May 31, 2000 letter from Wolpoff & Abramson to Arthur Miller (marked as Defendant's Exhibit G in depositions) | Objection, relevancy |
| | 4. | Consent Judgment and Order of Dismissal executed by Arthur Miller and Wolpoff & Abramson | Objection, relevancy |
| | 5. 6/3/08 in evid. | Wolpoff & Abramson collection notes (marked as Exhibit 4) | Objection, relevancy, hearsay, foundation, hearsay, authenticity |
| | 6. 6/2/08 in evid | Stipulation of Consent to Vacate Judgment dated March 5, 2001 and signed by Arthur Miller and UCS | Objection, relevancy |

8

2880992.1