**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY & CA)　　　　　　　　　40 Exchange Place, Suite 2010
Peter T. Lane, Associate (Admitted in NY & MA)　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

October 29, 2009

<u>Via ECF</u>
Honorable Roslynn R. Mauskopf, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　Re:　*Miller v. Upton, Cohen & Slamowitz, L.L.P.*
　　　　<u>EDNY, No. 01-cv-1126(RRM)(RML)</u>

Dear Judge Mauskopf:

As requested, I am writing to advise the Court of the status of the case.

Defendant Upton, Cohen & Slamowitz has agreed not to contest the amount of damages. In other words, an inquest is unnecessary because UCS has agreed not to challenge imposition of statutory damages in the maximum amount of $1000. UCS has not, however, decided whether to appeal the Court's Memorandum, Decision and Order after Bench Trial dated October 5, 2009, and the parties have not agreed on attorney fees and costs.

Accordingly, the parties jointly request four weeks in which to attempt to work out attorney fees and costs and report back to the Court on our progress, if any.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

　cc:　Thomas A. Leghorn, Esq. (Via ECF)
　　　　Mark K. Anesh, Esq. (Via ECF)
　　　　Brett A. Scher, Esq. (Via ECF)

## Certificate of Service

I, Brian Bromberg, an attorney, hereby certify that on October 29, 2009, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Chris V. Langone langonelaw@gmail.com
Lance A. Raphael lance@caclawyers.com
Brian L. Bromberg brian@brianbromberg.com
Thomas A. Leghorn leghornt@wemed.com
Mark K. Anesh mark.anesh@wilsonelser.com
Brett Scher scherb@wemed.com

Dated:     October 29, 2009

/s/ Brian L. Bromberg
Brian L. Bromberg

Brian L. Bromberg
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906